UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAYS INN WORLDWIDE, INC.,

    *Plaintiff*,

v.

NEW BUFFALO VENTURES, LLC, et al.,

    *Defendants*.

Civil Action No. 19-511

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the reasons stated in the accompanying Opinion, and for good cause shown,

    IT IS on this 5th day of January 2021,

    **ORDERED** that Plaintiff's motion for default judgment (D.E. 17) is **GRANTED**; and it is further

    **ORDERED** that default judgment shall be entered in favor of Plaintiff and against Defendants in the amount of $361,390.27; and it is further

    **ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.